```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

BRYAN S. CONWAY,                )
                                )
            Plaintiff,          )         4:07CV3066
                                )
     v.                         )
                                )
BURLINGTON NORTHERN SANTA FE    )         ORDER
RAILWAY COMPANY,                )
                                )
            Defendant.          )
                                )

On the court's own motion,

IT IS ORDERED:

The Rule 26 scheduling report deadline, previously set for May 4, 2007, (see filing 4), is continued to June 4, 2007.

DATED this 30th day of March, 2007.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge