IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRYAN S. CONWAY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3066 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment.

DATED this 3rd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge