IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN S. CONWAY, ) | Case No. 4:07CV3066 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| BURLINGTON NORTHERN SANTA ) | |
| FE RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

Upon review of the parties' representations that the above-referenced matter is scheduled for mediation with Michael Mullin on January 30, 2008, and upon the parties' mutual request, the Court orders that the following modifications be made to the case progression:[1]

1. Motions in Limine to be filed no later than February 15, 2008;

2. Depositions Deadline is February 15, 2008;

3. Discovery Motions to be filed no later than February 15, 2008; and

4. "Daubert" Motions in Limine to be filed no later than March 7, 2008.

Dated this 21st day of December, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

[1] The court's consideration of the defendant's motion for summary judgment (filing 27) will be deferred pending notification of the outcome of mediation. The final pretrial conference date and the trial date remain unchanged.